UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-20347-CR-WILLIAMS

UNITED STATES OF AMERICA

vs.

DANY DAVID RIZO FEBLES,

    Defendant.
_____/

## FACTUAL PROFFER

The United States and the Defendant, Dany David Rizo Febles ("RIZO FEBLES"), stipulate that if this case were to proceed to trial, the United States would prove the following facts, among others, beyond a reasonable doubt:

On August 9, 2023, at approximately 8:50 pm, CBP Air and Marine Operations ("AMO") marine units were notified by a CBP AMO aircraft of two vessels of interest "SUSPECT VESSEL 1" and "SUSPECT VESSEL 2" heading eastbound from United States waters toward the Bahamas, and then loitering around the SS SAPONA, a shipwreck located directly south of Bimini, Bahamas, for approximately one hour. The CBP AMO aircraft continued to monitor the vessels, when they observed a third vessel ("SUSPECT VESSEL 3") coming from the direction of Nassau, Bahamas, towards SUSPECT VESSEL 1 and SUSPECT VESSEL 2. The CBP AMO aircraft observed SUSPECT VESSEL 3 transfer multiple people to SUSPECT VESSEL 1 and SUSPECT VESSEL 2. The CBP AMO aircraft then observed SUSPECT VESSEL 3 traveling back to Bimini, Bahamas, while SUSPECT VESSEL 1 and SUSPECT VESSEL 2 began traveling in tandem westbound towards the United States.



CBP AMO aircraft continued to monitor SUSPECT VESSEL 1 and SUSPECT VESSEL 2 until, at approximately 11:08 p.m., when CBP AMO marine units interdicted SUSPECT VESSEL 1 and SUSPECT VESSEL 2 approximately 9-10 nautical miles east of Miami, Florida, in United States waters. SUSPECT VESSEL 1 was identified as an approximately 30' white cabin cruiser bearing Florida registration number: FL 9681LZ. SUSPECT VESSEL 2 was identified as an approximately 30' white cabin cruiser identified as bearing Florida registration number: FL 5164MJ.

Law enforcement identified RIZO FEBLES as the operator of SUSPECT VESSEL 2. A total of 11 migrants were found on board both vessels, five on SUSPECT VESSEL 1 and six on SUSPECT VESSEL 2. The migrants were determined to be citizens of the Dominican Republic and Colombia based on identification documents they produced. None produced documents that would allow them to enter the United States.

While boarding the SUSPECT VESSEL 2, law enforcement officers asked if there were any weapons onboard. RIZO FEBLES responded that there was, inside his fanny pack, which was on his person. While securing the weapon and the fanny pack, law enforcement observed a large amount of cash inside. After law enforcement counted the cash, it totaled $34,273. Additionally, law enforcement observed additional fuel cans on board both SUSPECT VESSEL 1 and SUSPECT VESSEL 2.

All persons from both vessels were transported to a USCG cutter, where law enforcement officers conducted biometrics. Biometrics checks revealed that ten of the persons were confirmed to be citizens of the Dominican Republic and Colombia and did not have permission or authorization to enter or remain in the United States lawfully on August 9, 2023. RIZO FEBLES is a Lawful Permanent Resident.



The United States and RIZO FEBLES agree that these facts, which do not include all of the facts known to the United States and to RIZO FEBLES, are sufficient to prove the guilt of RIZO FEBLES as to the crime of Conspiracy to Encourage and Induce Aliens to Enter the United States, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(v)(I).

MARKENZY LAPOINTE
UNITED STATES ATTORNEY

Date: 12/14/2023    By: _____
JESSICA AYER
SPECIAL ASSISTANT UNITED STATES ATTORNEY

Date: 12-14-2023    By: _____
NELSON A. RODRIGUEZ
ATTORNEY FOR DEFENDANT

Date: 12-14-2023    By: _____
DANY DAVID RIZO FEBLES
DEFENDANT